No. 40. AETNA INSURANCE Co. *v.* ILLINOIS CENTRAL R. Co. Certiorari, 301 U. S. 679, to the Supreme Court of Illinois. Argued November 18, 1937. Decided November 22, 1937. *Per Curiam:* After hearing argument the Court is of the opinion that the decision of the state court rests upon a non-federal ground adequate to support it. *Hen-*

*derson Bridge Co.* v. *Henderson City*, 141 U. S. 679, 688; *Enterprise Irrig. District* v. *Canal Co.*, 243 U. S. 157, 164; *McCoy* v. *Shaw*, 277 U. S. 302, 303; *Fox Film Corp.* v. *Muller*, 296 U. S. 207, 210. The writ of certiorari is dismissed. *Mr. Melvin L. Griffith*, with whom *Mr. George M. Stevens* was on the brief, for petitioner. *Messrs. John W. Freels, Edward C. Craig,* and *Charles A. Helsell* were on the brief for respondent.